ROIB:mt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. No. :

IN RE: SEIZURE OF:

$37,800.00 IN U.S. CURRENCY
SEIZED FROM
DURRANT MURPHY ON
NOVEMBER 2, 2015

_____/

**UNITED STATES' AGREED MOTION TO EXTEND TIME
IN WHICH TO FILE COMPLAINT**

The United States through the undersigned attorney files this agreed motion to extend the time in which to file its complaint and submits that:

1. On November 2, 2015, members of the DEA Miami Field Division ("MFD") Enforcement Group 13 and the Broward Sheriff's Office Narcotics Interdiction Task Force ("BSO-NITF") were conducting airport interdiction by consensual encounters with passengers at Fort Lauderdale/Hollywood International Airport ("FLL").  At approximately 4:25 p.m. members of the BSO-NITF made contact with Durrant Murphy ("Murphy").  All the members of the BSO-NITF were dressed in plain clothes and identified themselves as law enforcement officers through their respective law enforcement identification.  During the consensual encounter, Murphy informed the members of BSO-NITF that he was in possession of $6,000.00. Murphy also gave consent to have his person and luggage searched.

1

2. During the consent search, Detective Anderson located a white envelope in Murphy's luggage.  Murphy advised that the envelope contained approximately $6,000.00.  The members of BSO-NITF smelled a strong odor of marijuana emanating from Murphy's suitcase.  When Murphy was asked if there was any cannabis in the suitcase, Murphy stated, "No, I smoked some earlier."  The continued consent search revealed a box containing $10,000.00 and $21,000.00 in rubber banded bundles in the pocket of a sweat jacket in his suitcase.  Murphy gave conflicting information with regard to the source and purpose of the currency in his possession.

3. Detective Thompson utilized narcotics K-9 to inspect the currency which resulted in a positive alert for the backpack which contained $6,8000.00, the box in the suitcase which contained $10,000.00, and the currency located in the pocket of the sweat jacket in the suitcase which contained $21,000.00.  This currency was worn from what appeared to be street use and a portion of it was wrapped in rubber bands.

4. The currency in Murphy's possession was comprised of Three Hundred Seventy-three (373) One Hundred dollar ($100) bills and Ten (10) Fifty dollar ($50) bills.

5. As a result of the above, the BSO NITF at FLL seized $37,800.00 from Murphy as suspected drug proceeds and/or money suspected to be used to facilitate a drug transaction.

6. Pursuant to Title 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint in forfeiture 90 days after a claim has been filed or if no complaint is filed, to release the property. The statute also provides that the Court may extend the time for good cause shown or by agreement of the parties.[1]

---

[1] Title 18 USC 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint

7. On January 6, 2016, Murphy, represented by Bradford M. Cohen, Esquire, filed a claim contesting the forfeiture and alleging ownership of the $37,800.00 in U.S. currency seized in this matter which was scheduled for administrative forfeiture. On January 19, 2016, the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration referred this case to the United States Attorney's Office, Southern District of Florida.

8. The deadline for filing a civil complaint in the above described matter was original scheduled to expire on April 5, 2016, given the filing date of the above claim.

9. The ongoing negotiations between the parties appear to be very close to complete. However, negotiations will require additional time to be finalized. In order to minimize duplication of efforts and to coordinate an on-going investigation and the pending-civil deadline, the United States would like to extend the time for filing its complaint until June 10, 2016, in order to obtain a complete resolution of the seized assets.

10. In accordance with Rule 7.1 (a)(3), of the Local Rules for the Southern District of Florida, undersigned counsel contacted Bradford M. Cohen, Esquire, Counsel for Durrant Murphy, who agreed with and has no objection to the requested deadline extension.

---

for forfeiture in the matter set forth in the Supplemental Rules for Certain Admiralty and Martime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon **agreement** of the parties.

**WHEREFORE**, the United States requests that the Court enter the attached order extending the complaint filing deadline until June 10, 2016.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    By: s/ *Richard O.I. Brown*
    RICHARD O.I. BROWN
    ASSISTANT U.S. ATTORNEY
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Admin. Bar No. A5500257
    TEL: (954) 660-5779
    FAX: (954) 356-7180
    Email: richard.brown@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of March, 2016 to:

    Bradford M. Cohen, Esquire
    Bradford M. Cohen Law
    1132 SE 3rd Avenue
    Fort Lauderdale, Florida 33316
    Tel: 954-523-7774
    Fax: 954-523-2656
    Email: lawronin@aol.com

    *s/Richard O.I. Brown*
    RICHARD O.I. BROWN
    ASSISTANT U. S. ATTORNEY