UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

IN RE: SEIZURE OF:

$37,800.00 IN U.S. CURRENCY
SEIZED FROM
DURRANT MURPHY ON
NOVEMBER 2, 2015

        Defendant,
_____/

## CIVIL COMPLAINT COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes  X No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes  X No

        Respectively submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:    s/*Richard O.I. Brown*
        RICHARD O.I. BROWN
        ASSISTANT U.S. ATTORNEY
        Richard.Brown@usdoj.gov
        500 E. Broward Blvd., Suite 700
        Ft. Lauderdale, Florida 33394
        Tel: (954) 356-7255 ext. 5779
        Fax: (954) 356-7180
        Admin. Bar No. A5500257